UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority  ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No. CV 03-859 AHM (Ex)                    Dated: July 22, 2003

Title:   Housing Rights Center, et al. v. Donald Sterling, et al.
================================================================
DOCKET ENTRY
================================================================

PRESENT: THE HONORABLE A. HOWARD MATZ, JUDGE

Stephen Montes                              NONE
Courtroom Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

                    No Appearance

PROCEEDINGS:    In Chambers


     Plaintiffs' Requests to Cross-Examine Declarants Shelley Sterling, Donald Sterling, Harley Choi and Dean Segal are DENIED.


IT IS SO ORDERED.

MINUTES FORM 11                         Initials of Deputy Clerk
CIVIL - GEN

ENTER ON ICMS

JUL 22 2003