```
                                                          Priority    ✓
                                                          Send        ✓
                                                          Enter       ___
                                                          Closed      ___
              UNITED STATES DISTRICT COURT                JS-5/JS-6   ___
              CENTRAL DISTRICT OF CALIFORNIA              JS-2/JS-3   ___
                                                          Scan Only   ___

                       CIVIL MINUTES - GENERAL
```

Case No.   CV03-859-AHM(Ex)                              Date: August 7, 2003

Title:   HOUSING RIGHTS CENTER, et al. v. DONALD STERLING CORP., et al.

---

PRESENT:   THE HONORABLE A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Not Reported |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS FOR PLAINTIFF:             ATTORNEYS FOR DEFENDANTS:

Not Present                           Not Present

**PROCEEDINGS:**   **(IN CHAMBERS)**

On this date, the Court returned via regular U.S. mail the deposition transcript of Donald Sterling, dated September 12, 2003, (certified copy) to plaintiffs' counsel at Housing Rights Center.

MINUTES FORM 90
CIVIL - GEN

ENTER ON ICMS    Initials of Deputy Clerk _____

AUG -8 2003